UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EVERETT PELLUM,<br><br>            Plaintiff,<br><br>  v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>            Defendants. | 1:09-cv-00495-LJO-SMS<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WITHIN TWENTY DAYS OF SERVICE OF THIS ORDER WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE AN AMENDED COMPLAINT AND FAILURE TO COMPLY WITH AN ORDER OF THE COURT (DOC. 3)<br><br>DIRECTIONS TO THE CLERK REGARDING SERVICE OF THIS ORDER |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On April 13, 2009, the Court granted Plaintiff's application to proceed in forma pauperis and screened Plaintiff's original complaint, filed on March 17, 2009. The Court granted Plaintiff leave to file a first amended complaint within thirty days of the date of service of the order. The order was served by mail on Plaintiff at the address listed on the docket, namely, 241 W. Whitesbridge, Fresno, California 93706.

1

1 | Over thirty days have passed since service of the order, but
2 | Plaintiff has not filed a first amended complaint or sought an
3 | extension of time within which to do so.
4 | A failure to comply with an order of the Court may result in
5 | sanctions, including dismissal, pursuant to the inherent power of
6 | the Court or the Federal Rules of Civil Procedure. Fed. R. Civ.
7 | P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501
8 | U.S. 31, 42-43 (1991).
9 | Accordingly, it is HEREBY ORDERED that:
10 | 1. Within twenty (20) days of the date of service of this
11 | order, Plaintiff shall show cause in writing why this action
12 | should not be dismissed for failure to file a timely amended
13 | complaint and to obey the Court's order; Plaintiff shall show
14 | cause in writing because the Court has determined that no hearing
15 | is necessary; if Plaintiff has any reasons why this action should
16 | not be dismissed, Plaintiff shall submit them by sworn
17 | declaration of facts which shall include (A) an explanation of
18 | the lack of activity in this case, and (B) a list each specific
19 | step Plaintiff plans to take to prosecute this case, to which
20 | Plaintiff may append a supporting memorandum of law; and
21 | 2. Plaintiff is informed that the failure to respond to this
22 | order will result in a recommendation that the action be
23 | dismissed; and
24 | 3. The Clerk of the Court IS DIRECTED to serve this order
25 | not only on the address listed on the docket, namely, 241 W.
26 | Whitesbridge, Fresno, CA 93706, but also on a second address that
27 | /////
28 | ///////

was listed on the civil cover sheet, namely, 241 E. Lemon, Apt. B, Fresno, CA 93706.

IT IS SO ORDERED.

**Dated: May 21, 2009** /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE